UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-18148 |
|---|---|---|
| SANYA BADR | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Federal National Mortgage Association, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Federal National Mortgage Association and its successors and assigns to proceed with the foreclosure/eviction of the Mortgage on the property located at: 1304 Ada Lane, Naperville, IL 60540.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  May 30, 2014

**Prepared by:**

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No:   14-1409